```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                    CRIMINAL ACTION NO. 2:15-00127

**LISA N. MARTIN**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On February 22, 2018, the United States of America appeared by W. Clinton Carte, Assistant United States Attorney, and the defendant, Lisa N. Martin, appeared in person and by her counsel, David R. Bungard, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Douglas Smith on January 9, 2018. The defendant commenced a one-year term of supervised release in this action on December 11, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on December 12, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect: the defendant failed to participate in and successfully complete the 9 to 12 month residential drug treatment program at Recovery Point in Charleston, West Virginia, inasmuch as she entered the program on December 11, 2017, and left the program against the advice of staff resulting in her discharge on December 25, 2017; as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to

the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TIME SERVED, to be followed by a term of eleven (11) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that she participate in and successfully complete the 90-day MOTHER Program at FMRS, an intensive residential drug treatment program located in Beckley, West Virginia, where she shall follow the rules and regulations of the facility, after which, without interruption, she shall go to and spend a period of six (6) months at the Rea of Hope sober living facility in Charleston, West Virginia, where she shall follow the rules and regulations of the facility.  In the event the Rea of Hope program is not immediately available, the defendant shall enter a residential drug treatment program or sober living facility, that is then available, to be designated by the probation officer at either Recovery Point or a like facility or a sober living facility.

It is further ORDERED that the defendant be released from custody by noon on February 22, 2018, so that she can report to the MOTHER Program by 2:00 p.m. The defendant shall travel directly, without interruption, from the South Central Regional Jail to the MOTHER Program with transportation to be provided by her mother, Sandra Runyon.

The defendant was remanded to the custody of the United States Marshal for release by noon on February 22, 2018.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: February 22, 2018

John T. Copenhaver, Jr.
United States District Judge