UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:15-00127

**LISA N. MARTIN**


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On November 1, 2018, the United States of America appeared by J. Matthew Davis, Assistant United States Attorney, and the defendant, Lisa N. Martin, appeared in person and by her counsel, Michael D. Payne, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Douglas W. Smith.  The defendant commenced an eleven-month term of supervised release in this action on February 22, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on February 22, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to file monthly reports for June and July 2018; (2) the defendant failed to notify the probation officer of her change in residence inasmuch as she informed the probation officer that she would graduate the MOTHER program on May 23, 2018, and then reside at the Pinehaven Shelter, the probation officer having thereafter attempted a home contact at Pinehaven on June 11, 2018, at which time he was informed that she no longer resided there, rendering her whereabouts unknown to the probation officer; (3) the defendant failed to abide by the special condition that, upon completion of the MOTHER program, she enter the Rea of Hope sober living facility, or a like facility, for a period of six months inasmuch as she never entered the Rea of Hope program, the Pinehaven program or any other program; and (4) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by her on October 4, 2018, for buprenorphine, methamphetamine, marijuana, benzodiazepines and cocaine, the defendant having admitted such use to the probation officer; all as admitted by the defendant on the record of the

hearing and all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of one (1) year of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that, immediately upon her

release from imprisonment, she participate in and successfully complete the program at the Rea of Hope sober living facility for a period of not less than six months and for as long as nine months, where she shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the program and the probation officer.  The defendant shall travel directly, without interruption, from her place of incarceration to the Rea of Hope facility with transportation to be provided by her mother, Sandra Runyon.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  November 7, 2018

_____
John T. Copenhaver, Jr.
Senior United States District Judge

4