```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:15-00127

**LISA N. MARTIN**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 24, 2020, the United States of America appeared by Julie M. White, Assistant United States Attorney, and the defendant, Lisa N. Martin, appeared in person and by her counsel, Michael D. Payne, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Kara Dills.  The defendant commenced a 1-year term of supervised release in this action on April 1, 2019, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on November 7, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed a controlled substance as evidenced by a positive urine specimen submitted by her on April 1, 2019, for methamphetamine; and (2) the defendant failed to notify the probation officer of her change in residence rendering her whereabouts unknown to the probation officer at the time of the filing of the petition; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

The court concludes that, by virtue of the defendant's improvement as indicated at the hearing it is appropriate, in light of the limited violations and that her term of supervised release otherwise concluded a few months ago, to impose neither revocation nor a further sentence.

It is accordingly ORDERED that the petition be, and it hereby is, dismissed.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: June 26, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge